## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

CHANT'E RAGSDALE,

      *Plaintiff,*

  v.

          Case No. 20-2551-DDC-KGG

SPRINT/UNITED MANAGEMENT COMPANY,

      *Defendant.*

### AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own costs, expenses, and attorneys' fees.

      Respectfully submitted,

      /s/ *Heather J. Schlozman*
      **DUGAN SCHLOZMAN LLC**
      Mark V. Dugan  Kan. # 23897
      mark@duganschlozman.com
      Heather J. Schlozman  Kan. # 23869
      heather@duganschlozman.com
      8826 Santa Fe, Suite 307
      Overland Park, KS  66212
      Ph 913-322-3528
      Fax 913-904-0213

      **Counsel for Plaintiff**

/s/ *Erica Young*
Erica Young   Kan #78979
**Constangy, Brooks, Smith & Prophete, LLP**
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108-4600
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
dvogel@constangy.com

Counsel for Defendant